UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)

| | |
|---|---|
| In re:<br><br>JULIE CATHERINE SANCHEZ<br><br><br><br>Debtor. | Case No.: 08-46970<br>Chapter: 13<br><br><br>REQUEST FOR SPECIAL NOTICE |

TO THE COURT, THE CLERK OF THE ABOVE-ENTITLED COURT, TO THE DEBTOR, THE DEBTOR'S ATTORNEY OF RECORD, THE CHAPTER 13 TRUSTEE, AND THE U.S. TRUSTEE:

The undersigned files this Request for Special Notice as authorized agent on behalf of Secured Creditor, BAC Home Loans Servicing, L.P.; (hereinafter referred to as "Creditor") pursuant to Bankruptcy Rule 2002(g) and hereby requests that he be served with all pleadings, court notices, motions and other documents and papers pertaining to the above-captioned case, as required by Bankruptcy Rule 2002. All such pleadings and notices are to be sent to the agent for Creditor at the address listed below:

BAC Home Loans Servicing, L.P.
c/o McCALLA RAYMER, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, Georgia 30076

Dated: August 18, 2010

Respectfully Submitted

McCALLA RAYMER, LLC

/S/Deborah Conley
Deborah Conley
Authorized Agent for Secured Creditor
1544 Old Alabama Road
Roswell, GA 30076
Phone: 678-281-3938 / Fax: 866-720-0234

```
                        UNITED STATES BANKRUPTCY COURT
                         NORTHERN DISTRICT OF CALIFORNIA
                               (OAKLAND DIVISION)
```

| | |
|---|---|
| In re: | Case No.: 08-46970 |
| | Chapter: 13 |
| JULIE CATHERINE SANCHEZ | |
| | CERTIFICATE OF SERVICE OF |
| | REQUEST FOR SPECIAL NOTICE |
| Debtor. | |

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Request for Special Notice has been served by First Class Mail, postage pre-paid, upon the following parties in interest on the 18th day of August, 2010.

Debtor's Attorney

Patrick L. Forte, Esq.
Law Offices of Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612-3610

Chapter 13 Trustee

Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540-5004

US TRUSTEE

OFFICE OF THE UNITED STATES TRUSTEE
1301 CLAY STREET, SUITE 690N
OAKLAND, CALIFORNIA 94612-5217


                                 /s/ Deborah Conley
                                 Deborah Conley, Esq. Georgia Bar No. 181171
                                 1544 Old Alabama Road
                                 Roswell, Georgia  30076-2102
                                 Phone: 678-281-3938 / Fax: 866-720-0234